UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

VEGGIFRUIT, INC.

                Plaintiff,                Case No. 4:25-cv-03500

    - against -

BROTHERS PRODUCE, LLC, GRUBMARKET, INC.,
MIKE XU, A/K/A MINYI XU, KATHY HUANG XU,
KEITH Z. BREWER, JEFFREY CHEN, and ASHLEIGH
DELAFUENTE

                Defendants.
_____/

## **PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff files its notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), and states:

1.    Plaintiff is Veggifruit, Inc.

2.    Defendants are Brothers Produce, LLC, GrubMarket, Inc., Mike Xu a/k/a Minyi Xu, Kathy Huang Xu, Keith Z. Brewer, Jeffrey Chen, and Ashleigh Delafuente (collectively "Defendants").

3.    None of the Defendants has been served with process, nor has any Defendant answered or filed a motion for summary judgment.

4.    This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5.    This case is not governed by any federal statute that requires a court order for dismissal of the case.

6.    A receiver has not been appointed in this case.

7. Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

8. This dismissal is without prejudice.

Dated: July 31, 2025

Respectfully submitted,

**WALKER WILCOX MATOUSEK LLP**

By: */s/ Tony L. Draper*
 Tony L. Draper
 S.D. Texas Bar No. 24352
 Texas Bar No. 00798156
 tdraper@walkerwilcox.com
 Charles B. Walther
 S.D. Texas Bar No. 30775
 bwalther@walkerwilcox.com
 Texas Bar No. 24005125
 1001 McKinney Street, Suite 2000
 Houston, Texas 77002
 Telephone: (713) 654-8001

**ATTORNEYS FOR PLAINTIFF**